**STATE of Missouri, Respondent,**

v.

**Frederick SHEARS, Appellant.**

**No. ED 76693.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 3, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 9, 2000.

Application for Transfer Denied
Dec. 27, 2000.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, MO, for respondent.

1. All statutory references are to RSMo 1994,

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL and RICHARD B. TEITELMAN, JJ.

*ORDER*

PER CURIAM.

Defendant, Frederick Shears, appeals from the judgment entered on a jury verdict finding him guilty of two counts of first-degree robbery in violation of section 569.020 RSMo 1994, on which he was sentenced to concurrent twenty-year prison terms.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating the principles of law. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).